Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of *North Dakota*

*Western* Division

|  |  |  |
|---|---|---|
| Nicholas Lee Sanchez | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| | ) | |
| "See attached" | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page No. 1

## Defendant (s)

- City of Bismarck
- Burleigh County
- Morton County
- Sergeant Brian (last name unknown)
- Officer Hedge (first name unknown)
- John/Jane Doe Officers (1-10)
- John/Jane Doe Deputies (1-10)
- John/Jane Doe Correctional Officers (1-10)
- CHI St. Alexius Health (St. Alexius Medical Center)
- Physician - DR. Michaela M. Hasenkrug M.D.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

"See attached"

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name

All other names by which
you have been known:

ID Number

Current Institution

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

I.    The Parties to This Complaint

A. Plaintiff

Name: Nicholas Lee Sanchez
Other name known by: Nick Sanchez
ID number: 66197
Current Institution: North Dakota State Penitentiary
Address: 3100 Railroad Ave. Bismarck, ND 58501

B. Defendant(s)

No. 1 · Name: City of Bismarck
No. 2 · Name: Burleigh County
No. 3 · Name: Morton County
No. 4 · Name: CHI St. Alexius Health (St. Alexius Medical Center)
Address: 900 E Broadway Ave. Bismarck, ND. 58501
No. 5 · Name: Sergeant Brian (last name unknown)
Work: Sergeant at Burleigh Morton County
Detention Center
Address: 4000 Apple Creek Road, Bismarck, ND., 58504
IN his individual capacity
No. 6 · Name: Officer Hedge (first name unknown)
Work: Bismarck Police Department
Address: 700 S 9th street, Bismarck, ND 58504
In his individual capacity

I. The Parties to This Complaint (continued)

B. Defendants

No.7 - Name: John/Jane Doe Officers (1-10)
In their individual capacities

No.8 - Name: John/Jane Doe Deputies (1-10)
In their individual capacities

No.9 - Name: John/Jane Doe Correctional Officers (1-10)
In their individual Capacities

No.10 - Name: Physician- Dr. Michaela M. Hasen Krug MD
Work: CHI St. Alexius Health
Address: 900 E Broadway Ave., Bismarck, ND 58501
In Her individual capacity

"See attached"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"See attached" _____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page No. 3 for 42 U.S.C. § 1983

II. Basis of Jurisdiction

B. Plaintiff brings this action under 42 U.S.C. §1983, for violations of rights secured by the Constitution, including:
  · The Fourth Amendment - protection against unreasonable search and seizures, including warrantless detention and invasive bodily integrity and to be free from coercion and abuse of authority by state actors.

  · The Fourteenth Amendment - Substantive due process rights, including the right to bodily integrity and to be free from coercion and abuse of authority by state actors. Defendants, acting under color of state law, violated these rights by subjecting Plaintiff to unlawful detention, coercion, and a warrantless manual anal cavity search without exigent circumstances.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

"See attached"

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

"See attached"

Page No. 4  II Basis of Jurisdiction

D. All Defendants acted under color of state law at all relevant times.

- The City of Bismarck, Burleigh County, and Morton County are governmental entities responsible for law enforcement and detention operations.
- Sergeant Brian and officer Hedge were Law enforcement officers acting within the Scope of their official duties, including arrest, detention, and ordering or participating in Searches.
- The John/Jane Doe Deputies were acting as Sheriff's deputies responsible for transport, custody, and Supervision of Plaintiff, and acted under authority of state and local law.
- The John/Jane Doe Correctional officers were acting within the Scope of their employment at detention facilities and participated in intake procedures, accusations, and Searches under Color of State law.
- CHI St. Alexius Health and Dr. Michaela M. Hasenkrug MD acted under Color of state law by jointly participating with law enforcement officers in conducting

a search of Plaintiff's body. The Physician performed a manual anal cavity search at the direction of, or under the influence of, law enforcement officers, making their actions fairly attributable to the state.

All Defendants used authority granted by State law to carry out the acts described in this complaint.

Page No. 4

IV        Statement of Claim

ON May 30, 2024, Plaintiff was arrested by Bismarck Police Department officers and taken into custody as a pretrial detainee. While at the Burleigh Morton County Detention Center, correctional staff accused Plaintiff of swallowing contraband. Plaintiff denied the accusation.

Without obtaining a warrant, court order, or the existence of exigent circumstances, a supervising officer ordered that Plaintiff be transported to a hospital. Plaintiff was transported by deputies to CHI St. Alexius Health and was handcuffed to a hospital bed for approximately eight hours. Medical staff indicated that observation was sufficient. Plaintiff was not free to leave. No contraband was found, and Plaintiff was released the following day.

ON June 10, 2024, Plaintiff was again arrested by Bismarck Police Department officers and taken into custody as a pretrial detainee and brought to Burleigh Morton County Detention Center. During intake, correctional staff stated that Plaintiff had something concealed in his rectum.

Without a warrant or court order, Plaintiff was transported to the hospital by deputies. Plaintiff requested to use a phone to notify family but was told that he could not disclose his location and would face charges if he did so.

At the hospital, the attending physician Dr. Michaela M. Hasenkrug, initially refused to perform an anal cavity search. A deputy then spoke privately with Dr. Michaela Hasenkrug outside Plaintiff's presence. After that conversation, Dr. Michaela Hasenkrug returned and told Plaintiff that if he did not agree to the search, he could be treated badly at the detention center.

Under coercion and fear of mistreatment, Plaintiff submitted. Dr. Michaela Hasenkrug then performed a manual anal cavity search on the Plaintiff.

No contraband was found.

At all times, Plaintiff was in custody and under complete control of law enforcement.

No warrant, court order, or exigent circumstances justified the invasive search or prolonged detention.

The action of Defendants, including the warrantless hospital detention, the coercive conduct, and the manual anal cavity search, violated Plaintiff's rights under the Forth and Fourteenth Amendments.

C.      What date and approximate time did the events giving rise to your claim(s) occur?

_"See attached" (statement of claim)_

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_"See attached" (statement of claim)_

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_"See attached"_

## VI.      Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_"See attached"_

Page No.5        *Injuries*

V

As a direct result of Defendants' actions, Plaintiff suffered the following injuries:

· Physical pain and discomfort resulting from being restrained for an extended period and subjected to a manual anal cavity search;

· Severe emotional distress, including anxiety, fear, humiliation, and embarrasment;

· Psychological trauma resulting from the invasive nature of the search and the coercive circumstances under which it was performed;

· loss of dignity and bodily integrity;

· On going mental and emotional distress related to the incidents: trouble sleeping, on going anxiety, and stress

These injuries were caused by Defendants' unlawful conduct, including warrantless detention, coercion, and an invasive bodily search without a warrant or exigent circumstances.

Page #5

## Relief

VI

Plaintiff respectfully requests that the Court grant the following relief:

A. Compensatory damages for physical pain, emotional distress, humiliation, and violation of constitutional rights, in an amount to be determined by a jury;

B. Punitive damages against the individual Defendants for their willful, reckless, and malicious conduct;

C. Declaratory relief stating that the Defendants' actions violated Plaintiffs constitutional rights under the Fourth and Fourteenth Amendments;

D. Costs of this action and any applicable fees;

E. Any other relief the Court deems just and proper.

Plaintiff demands a trial by jury on all issues so triable.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

"See attached" ( page NO. 6 "A.")

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

"See Attached" (VII, page NO.8, F)

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page No. 6

VII Exhaustion of Administrative Remedies
Administrative procedures

A. Claims arose while Plaintiff was confined
at : Burleigh Morton County Detention Center

Page No. 8

F. Plaintiff did not complete the grievance
process at the Burleigh Morton County
Detention Center.

Administrative remedies were not
reasonably available to Plaintiff.
Shortly after the incidents, Plaintiff
had bonded out and released from
the facility.

Plaintiff had later returned to Burleigh
Morton County Detention Center for a
brief period but did not file a grievance
due to fear of retaliation from
correctional staff involved in the incidents.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _5-28-26_

Signature of Plaintiff    _Nicholas Sanchez_

Printed Name of Plaintiff    _Nicholas Sanchez_

Prison Identification #    _66197_

Prison Address    _3100 Railroad Ave._

_Bismarck_    _ND_    _58501_
City    State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City    State    Zip Code

Telephone Number    _____

E-mail Address    _____

Print    Save As...    Add Attachment    Reset